```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    v.                    Criminal No. 12-cr-24-01-PB

<u>Jonathan Velazquez-Rodriguez</u>

<u>ORDER</u>

Re: Document No. 13, Motion to Continue Sentencing

Ruling: While I understand the government's perspective, it is clear that the defendant has a substance abuse problem that he could begin to address in the TC program. I am not convinced that the defendant could obtain comparable treatment if I deny the motion. I do not intend to reduce the defendant's sentence based on participation in the TC program beyond any reduction he might have received through participation in a comparable BOP program. Motion granted.


Date: August 29, 2012                /s/ Paul Barbadoro
                                          US District Judge

cc: Counsel of Record
    US Probation
    US Marshal